**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Clinton MAU, Defendant—Appellant.**

**No. 04–10663.**

United States Court of Appeals,
Ninth Circuit.

Fed. R.App. P. 34(a)(2).

Submitted Jan. 9, 2006.*

Decided Jan. 17, 2006.

Beverly Wee Sameshima, Ausa, USH–Office of the U.S. Attorney, Honolulu, HI, for Plaintiff-Appellee.

Georgia K. McMillen, Esq., Wailuku, HI, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM **

Clinton Mau appeals from his 240–month sentence imposed following his guilty plea conviction for conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. § 846.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.